MARY ANN DUNHAM, Respondent, *v.* DEBORAH H. BARKLEY et al., Appellants.

(Argued December 10, 1884 ; decided January 20, 1885.)

*F. W. Catlin* for appellants.

*Henry D. Van Orden* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed and judgment absolute directed against appellants.

---

NORMAN PORTER, Appellant, *v.* JOHN BEALE, Respondent.

(Argued December 10, 1884 ; decided January 20, 1885.)

*R. A. Stanton* for appellant.

*George W. Ray* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.